UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID PARKER et al.,

    Plaintiffs,

vs.                                  Case No. 8:14-cv-00723-T-27TGW

CITIMORTGAGE, INC. et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Citi Mortgage, Inc.'s Motion for Extension of Time to Respond to Complaint (Dkt. 5). Upon consideration, the motion (Dkt. 5) is **DENIED** *as moot* because the Complaint (Dkt. 1) is **STRICKEN** as a shotgun pleading. Each count in the Complaint incorporates all of the preceding paragraphs, a hallmark of a shotgun pleading, making it "virtually impossible to know which allegations of fact are intended to support which claim(s) for relief." *Paylor v. Hartford Fire Ins. Co.*, ___ F.3d ___, No. 13-12696, 2014 WL 1363544, at *6-8 (11th Cir. Apr. 8, 2014); *Anderson v. Dist. Bd. of Trs. of Cent. Fla. Cmty. Coll.*, 77 F.3d 364, 366 (11th Cir. 1996). The Complaint also fails to comply with Federal Rule of Civil Procedure 8(a)(2), which requires only a "short and plain statement" showing Plaintiffs are entitled to relief.

Plaintiffs are **GRANTED** leave to file an amended complaint **on or before May 2, 2014**.

**DONE AND ORDERED** this 15th day of April, 2014.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of Record